MELINDA HAAG (CSBN 132612)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6830
    Facsimile: (415) 436-7234
    E-mail: kyle.waldinger@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 3-10-70663 MAG |
| Plaintiff, | |
| v. | [PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME WITH RESPECT TO THE DEFENDANT MIDENCE |
| MAURICIO MIDENCE, | |
| Defendant. | |

With the agreement of the parties in open court on August 5, 2010, and with the consent of the defendant Mauricio Midence ("defendant"), the Court enters this order (1) setting a preliminary hearing on August 21, 2010, at 9:30 a.m., (2) and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 5, 2010, to August 25, 2010. The Court finds and holds, as follows:

1. The defendant Midence appeared before the Court on August 4, 2010 for initial appearance and arraignment on a complaint. The defendant appeared again on August 5, 2010 for appointment of counsel. At that hearing, attorney George Boisseau was appointed to represent the defendant. (Attorney Stuart Hanlon has since entered an appearance on behalf of the defendant.) The defendant had previously been released on bond, and the Court set a date of August 25, 2010 for preliminary hearing or arraignment

[PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
[CR 3-10-70663 MAG] [MIDENCE]

on an indictment. Counsel advised the Court on that date that the government would be producing some discovery to the defendant. Counsel for the defendant needs time to review the discovery and to investigate the case.

2. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, granting the continuance until August 25, 2010 is necessary for effective preparation of defense counsel. See 18 U.S.C. § 3161(h)(7)(B)(iv). Given these circumstances, the Court finds that the ends of justice served by excluding the period from August 5, 2010 to August 25, 2010 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the defendant Mauricio Midence, the Court (1) sets a preliminary hearing on August 5, 2010, at 9:30 a.m., and (2) orders that the period from August 5, 2010 to August 25, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: August /7, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge

[PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
[CR 3-10-70663 MAG] [MIDENCE]          -2-